UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYLVESTER AGYEAH,<br>   Plaintiff<br><br>v.<br><br>CITY OF WORCESTER, CITY MANAGER EDWARD M. AUGUSTUS, DET. SCOTT D. CALHOUN, DET. MICHAEL F. RYDER, OFFICER MICHAEL W. MCGRATH, DET. KYLE S. CORTIS, DET. BRIAN M. PISKATOR, DET. DANA S. RANDALL, and OFFFICERS, JOHN DOE 1-3<br>   Defendants | C.A. No. 21-CV-40020-TSH |

## NOTICE OF WITHDRAWAL

To the Clerk of This Court:

 Please enter the withdrawal of my appearance as counsel for Defendants City of Worcester, City Manager Edward M. Augustus, Jr., Scott D. Calhoun, Michael F. Ryder, Michael W. McGrath, Brian M. Piskator and Dana S. Randall in the above-captioned matter.

            CITY OF WORCESTER
            EDWARD M. AUGUSTUS, JR.
            SCOTT D. CALHOUN
            MICHAEL F. RYDER
            MICHAEL W. MCGRATH
            BRIAN M. PISKATOR
            DANA S. RANDALL

            By their attorneys,
            Michael E. Traynor
            City Solicitor

            */s/ Wendy L. Quinn*
            Wendy L. Quinn (BBO # 653954)
            Assistant City Solicitor
            City Hall, Room 301
            455 Main Street
            Worcester, MA  01608
            (508) 799-1161
            quinnwl@worcesterma.gov

CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that, on this 24th day of March, 2022, the within Notice of Withdrawal was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing, and there are no non-registered participants.

/s/ *Wendy L. Quinn*
Wendy L. Quinn
Assistant City Solicitor